UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WALTER JACKSON,<br><br>    Plaintiff,<br>  v.<br>NATIONAL CHECK PROCESSING (NCP),<br><br>    Defendant.<br>_____/ | No. C 10-0848 SBA (MEJ)<br><br>**ORDER VACATING HEARING RE: MOTION FOR DEFAULT JUDGMENT**<br><br>**ORDER FOR PLAINTIFF TO PROVIDE SUPPLEMENTAL BRIEFING** |

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion for Default Judgment. (Dkt. #11.) As Defendant has failed to respond to Plaintiff's motion or otherwise appear in this matter, the Court VACATES the December 16, 2010 hearing. Prior to issue a report and recommendation, however, the undersigned ORDERS Plaintiff to provide supplemental briefing. In his motion, Plaintiff spends 12 pages discussing why he is entitled to attorney's fees, yet he devotes merely half of a page – one paragraph – to discussing the merits of his claims. And, in that paragraph, he only recites the allegations in his Complaint without any explanation or legal authority. Accordingly, Plaintiff shall file a supplemental brief by December 14, 2010, which addresses the merits of his claims and provides legal authority that supports his claims. The undersigned is particularly interested in cases that have granted default judgment under similar claims.

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge